IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KUHN CONSTRUCTION CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No.: 1:9-cv-00622-SLR |
| OCEAN AND COASTAL CONSULTANTS, INC., | ) |
| | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants, *et al.* | ) |

**THIRD-PARTY DEFENDANT DIAMOND
STATE PORT CORPORATION'S MOTION TO DISMISS OCEAN AND
COSTAL CONSULTANTS, INC'S AMENDED THIRD-PARTY COMPLAINT**

Third-Party Defendant, Diamond State Port Corporation, through its undersigned counsel, hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the Amended Third-Party Complaint of Ocean Coastal Consultants, Inc., in its entirety. The bases for this motion are set forth in the Opening Brief in Support of Third-Party Defendant Diamond State Port Corporation's Motion to Dismiss Ocean and Coastal Consultants, Inc's Amended Third-Party Complaint filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Karl G. Randall*
Karl G. Randall (Del. Bar No. 5054)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 351-9261
krandall@mnat.com

*Attorney for Defendant Diamond State Port Corporation*

OF COUNSEL:

OBER, KALER, GRIMES & SHRIVER
   A Professional Corporation
John Anthony Wolf
John F. Morkan III
Ian I. Friedman
120 E. Baltimore St., #800
Baltimore, Maryland 21202
(410) 685-1120
jawolf@ober.com
jfmorkan@ober.com
iifriedman@ober.com


November 23, 2010

## CERTIFICATE OF SERVICE

I, Karl G. Randall, hereby certify that on the 23rd day of November, 2010, I caused a copy of the foregoing **Third-Party Defendant Diamond State Port Corporation's Motion to Dismiss Ocean and Coastal Consultants, Inc's Amended Third-Party Complaint** to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>James A. Green, Esquire
>Seitz, Van Ogtrop & Green, P.A.
>222 Delaware Avenue
>Suite 1500
>Wilmington, Delaware 19801
>
>Artemio C. Aranilla, II, Esquire
>Joseph S. Shannon, Esquire
>Marshall, Dennehey, Warner,
>  Coleman & Goggin
>1220 N. Market Street, Suite 500
>Wilmington, DE 19801
>
>J. Jackson, Shrum, Esquire
>Archer & Greiner, P.C.
>300 Delaware Avenue, Suite 1370
>Wilmington, DE 19801

>           */s/ Karl G. Randall*
>          Karl G. Randall (#5054)